UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 17-61153-CIV-BLOOM/Valle

ADIDAS AG, *et al.*,

    Plaintiffs,

vs.

2017NMD.COM, *et al.*,

    Defendants.                                    /

## ANSWER TO COMPLAINT

Defendant minejerseys.net d/b/a minejerseys.org d/b/a minejerseys.com ("Defendant 95") by its undersigned counsel, responds as follows to the Complaint herein:

### JURISDICTION AND VENUE

1. Defendant 95 admits the Complaint purports to state causes of action for trademark infringement, counterfeiting, cybersquatting, common law unfair competition, and false designation of origin, but Defendant denies that any such causes of action exist against it.

2. Denied.

3. Denied.

### THE PLAINTIFFS

4. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 4 of the Complaint, and therefore denies same.

5. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 5 of the Complaint, and therefore denies same.

6. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 6 of the Complaint, and therefore denies same.

7. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 7 of the Complaint, and therefore denies same.

8. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 8 of the Complaint, and therefore denies same,

9. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 9 of the Complaint, and therefore denies same, and Defendant 95 denies that it has sold and offered to sell counterfeit and infringing versions of Plaintiffs' branded products and/or caused harm to Plaintiffs within this jurisdiction.

10. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 10 of the Complaint, and therefore denies same, and Defendant 95 denies that it has wrongfully reproduce and counterfeit Plaintiffs' individual trademarks for the twin purposes of (i) duping and confusing the consuming public and (ii) earning substantial profits.

11. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 11 of the Complaint, and therefore denies same, and Defendant 95 denies that it has sold and offered to sell counterfeit and infringing versions of Plaintiffs' branded products and/or caused harm to Plaintiffs within this jurisdiction.

## THE DEFENDANTS

12.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 12 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Additionally, Defendant 95 denies that it targets its business activities toward consumers throughout the United States, including within this district.

13.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 13 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 admits that it uses the domain names specifically associated with it on Schedule "A" attached to the Complaint.

14.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 14 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 14 of the Complaint.

15.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 15 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 15 of the Complaint.

16.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 16 of the Complaint against all other Defendants in the

lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 admits that it uses the domain names specifically associated with it on Schedule "A" attached to the Complaint.

17. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 17 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 17 of the Complaint. Additionally, Defendant 95 denies that it targets its business activities toward consumers throughout the United States, including within this district.

18. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 18 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 admits that it uses the domain names specifically associated with it on Schedule "A" attached to the Complaint; however, Defendant 95 denies all other claims made against it in paragraph 18 of the Complaint.

19. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 19 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 19 of the Complaint.

20. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 20 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies

the claims made against it in paragraph 20 of the Complaint.

21. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 21 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 21 of the Complaint.

### COMMON FACTUAL ALLEGATIONS

22. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 22 of the Complaint, and therefore denies same.

23. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 23 of the Complaint, and therefore denies same.

24. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 24 of the Complaint, and therefore denies same.

25. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 25 of the Complaint, and therefore denies same.

26. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 26 of the Complaint, and therefore denies same.

27. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 27 of the Complaint, and therefore denies same.

28. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 28 of the Complaint, and therefore denies same.

29. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 29 of the Complaint, and therefore denies same.

30. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 30 of the Complaint, and therefore denies same.

31. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 31 of the Complaint, and therefore denies same.

32. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 32 of the Complaint, and therefore denies same.

33. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 33 of the Complaint, and therefore denies same.

34. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 34 of the Complaint, and therefore denies same.

35. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 35 of the Complaint, and therefore denies same.

36. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 36 of the Complaint, and therefore denies same.

37. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 37 of the Complaint, and therefore denies same.

38. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 38 of the Complaint, and therefore denies same.

39. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 39 of the Complaint, and therefore denies same.

40. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 40 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 40 of the Complaint.

41. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 41 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 41 of the Complaint.

42. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 42 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 42 of the Complaint.

43. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 43 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 43 of the Complaint.

44. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 44 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies

the claims made against it in paragraph 44 of the Complaint. Additionally, Defendant 95 denies that it targets its business activities toward consumers throughout the United States, including within this district.

46. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 45 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 45 of the Complaint.

46. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 46 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 46 of the Complaint.

47. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 47 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 47 of the Complaint.

48. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 48 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 48 of the Complaint.

49. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 49 of the Complaint against all other Defendants in the

lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 49 of the Complaint. Defendant 95 admits that it uses the domain names specifically associated with it on Schedule "A" attached to the Complaint; however, Defendant 95 denies that the domain names are nearly identical and/or confusingly similar to at least one of Plaintiffs' Marks.

50. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 50 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 50 of the Complaint.

51. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 51 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 51 of the Complaint.

52. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 52 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 52 of the Complaint.

53. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 53 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 53 of the Complaint.

54. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 54 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 54 of the Complaint.

55. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 55 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 55 of the Complaint.

56. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 56 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 56 of the Complaint. Defendant 95 denies any relation with or knowledge of the other named defendants in this case.

57. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 57 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 57 of the Complaint. Defendant 95 denies any relation with or knowledge of the other named defendants in this case.

58. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 58 of the Complaint, and therefore denies same.

59. Defendant 95 lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of paragraph 59 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 59 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

60. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 60 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 60 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

## COUNT I – TRADEMARK COUNTERFEITING AND INFRINGEMENT PURSUANT TO § 32 OF THE LANHAM ACT (15 U.S.C. § 1114)

61. Defendant 95 adopts and re-alleges its answers set fort in Paragraph 1 through 60 above.

62. Admitted that this is an action for trademark counterfeiting and infringement; however, Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 62 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 62 of the Complaint.

63. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 63 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 63 of the Complaint.

64. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 64 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 64 of the Complaint.

65. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 65 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 65 of the Complaint.

66. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 66 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 66 of the Complaint.

67. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 67 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 67 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

**COUNT II – FALSE DESIGNATION OF ORIGIN PURSUANT TO § 43(a) OF THE LANHAM ACT (15 U.S.C. § 1125(a))**

68. Defendant 95 adopts and re-alleges its answers set fort in Paragraph 1 through 60 above.

69. Defendant 95 lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of paragraph 69 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 69 of the Complaint. Additionally, Defendant 95 denies that it targets its business activities toward consumers throughout the United States, including within this district.

70. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 70 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 70 of the Complaint.

71. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 71 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 71 of the Complaint.

72. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 72 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 72 of the Complaint.

73. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 73 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 73 of the Complaint.

74. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 74 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 74 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

75. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 75 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 75 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

## COUNT III – CLAIM FOR RELIEF FOR CYBERSQUATTING UNDER § 43(d) OF THE LANHAM ACT (15 U.S.C. § 1125(d))

76. Defendant 95 adopts and re-alleges its answers set fort in Paragraph 1 through 60 above.

77. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 77 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 77 of the Complaint.

78. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 78 of the Complaint, and therefore denies same.

79. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 79 of the Complaint, and therefore denies same.

Defendant 95 admits that it uses the domain names specifically associated with it on Schedule "A" attached to the Complaint; however, Defendant 95 denies that the domain names are identical, confusingly similar, or dilutive to at least one of Plaintiffs' Marks.

80. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 80 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 80 of the Complaint.

81. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 81 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 81 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

82. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 82 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 82 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

**COUNT IV – COMMON LAW UNFAIR COMPETITION**

83. Defendant 95 adopts and re-alleges its answers set fort in Paragraph 1 through 60 above.

84. Admitted that this is cause of action for the actions set forth in Paragraph 84 in

the Complaint; however, Defendant 95 denies that any such cause of action exists against it.

85. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 85 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 85 of the Complaint.

86. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 86 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 86 of the Complaint.

87. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 87 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 87 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

## COUNT V – COMMON LAW TRADEMARK INFRINGEMENT

88. Defendant 95 adopts and re-alleges its answers set fort in Paragraph 1 through 60 above.

89. Admitted that this is an action for common law trademark infringement; however, Defendant 95 denies that any such cause of action exists against it.

90. Defendant 95 lacks knowledge and information sufficient to form a belief as to

the truth of the allegations of paragraph 90 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants. Defendant 95 denies the claims made against it in paragraph 90 of the Complaint.

91.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 91 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 91 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

92.     Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 92 of the Complaint, and therefore denies same. Defendant 95 lacks knowledge and information sufficient to form a belief as to the truth of the allegations of paragraph 92 of the Complaint against all other Defendants in the lawsuit, and therefore denies same as it relates to those other defendants.

**PRAYER FOR RELIEF**

93.     Defendant 95 denies that Plaintiffs are entitled to any form of monetary, equitable relief, or other relief, jointly or severally, from Defendant 95.

**AFFIRMATIVE DEFENSE**

**LACK OF PERSONAL JURISDICTION**

1. Plaintiff's Complaint against Defendant 95 should be dismissed for lack of personal jurisdiction; as Defendant 95 denies that it targets its business activities toward consumers

throughout the United States, including, without limitation, those located within this district, Defendant does not possess sufficient minimum contacts in this district to subject it to the personal jurisdiction of this court.

Respectfully submitted,

HEITNER LEGAL, P.L.L.C.

By: /s/ Darren A. Heitner
Darren A. Heitner (Fla. Bar No. 85956)
215 Hendricks Isle
Ft. Lauderdale, Florida 33301
Telephone: (954) 558-6999
E-mail:  darren@heitnerlegal.com
Attorneys for Defendant 95

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served via CM/ECF to the parties listed on the service list thereof this 7th day of August, 2017.

By: __/s/ Darren A. Heitner_____
DARREN A. HEITNER
Florida Bar No.: 85956
Darren@HeitnerLegal.com